UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV15-3238-CAS(VBKx) | Date | June 22, 2015 |
|---|---|---|---|
| Title | *DCD PARTNERS, LLC; ET AL. v. TRANSAMERICA LIFE INSURANCE COMPANY; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

The Court is in receipt of defendants' Motion to Dismiss Complaint filed on June 5, 2015, noticed for July 13, 2015 at 10:00 A.M. The Court is in receipt of plaintiffs' First Amended Complaint filed on June 19, 2015. Therefore, defendants' Motion to Dismiss Complaint is thereby MOOT and the parties are not to appear before this Court on July 13, 2015 at 10:00 A.M.

00 : 00

Initials of Preparer     CMJ