**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DCD PARTNERS, LLC, et al., | Case No. 2:15-cv-03238-CAS-(AJWx) |
| Plaintiffs, | **PROTECTIVE ORDER REGARDING DISCLOSURE OF PRIVILEGED INFORMATION** |
| v. | |
| TRANSAMERICA LIFE INSURANCE COMPANY, a corporation, et al., | |
| Defendants. | Pretrial Conference: August 14, 2017<br>Trial: August 29, 2017<br>Complaint Filed: March 18, 2015 |

By Order dated February 17, 2017, the Court ordered the Parties to engage in certain discovery related to the Defendant's litigation hold in this action (*see* Dkt. Nos. 181, 192) (the "Litigation Hold Discovery"). The Litigation Hold Discovery to date has included requests for production, interrogatories and a deposition notice directed to Defendant Transamerica Life Insurance Company ("Transamerica"). Some of the Litigation Hold Discovery may include information, testimony and/or documents that are subject to Transamerica's attorney-client privilege and/or other privileges and/or the work product doctrine held by Transamerica and/or its outside counsel, including Morrison & Foerster, LLP (collectively "Privileged Information"). Accordingly, the parties have entered into a stipulation regarding protections associated with the disclosure of Privileged Information in connection with the Litigation Hold Discovery.

Finding good cause exists, the Court ORDERS the following:

1. No disclosure of any Privileged Information by Transamerica or its outside counsel, including Morrison & Foerster, LLP, in connection with or response to any Litigation Hold Discovery in this action shall constitute, be deemed or be argued to be a waiver of the attorney-client or any other privileges, and/or the work product doctrine, beyond what Transamerica intentionally discloses in the Litigation Hold Discovery; and

2. No disclosure of any Privileged Information or any other internal information, testimony or documents by Morrison & Foerster, LLP in connection with or response to any Litigation Hold Discovery shall constitute, be deemed or be argued to be a waiver of any Transamerica attorney client or other privileges, and/or the work product doctrine, or of any privileges and/or the work product doctrine held by Morrison & Foerster, LLP or its attorneys, beyond what Morrison & Foerster, LLP intentionally discloses in the Litigation Hold Discovery; and

//

3. This Order shall apply to all Litigation Hold Discovery in this action, including but not limited to such discovery that has already been served or noticed, and including but not limited to discovery directed to Transamerica and to Morrison & Foerster, LLP; and

4. Nothing in this Order precludes or limits Plaintiffs from otherwise challenging any designation by Transamerica of any information, testimony or documents as attorney client privileged or otherwise Confidential; and

5. Nothing in this Order precludes any Party from objecting to the relevance or admissibility of any Confidential Information at any hearing, trial or otherwise.

**IT IS SO ORDERED.**

Dated: April 25, 2017

_____
Magistrate Judge Andrew J. Wistrich