1  DAN MARMALEFSKY (BAR NO. 95477)
   DMarmalefsky@mofo.com
2  ASHLEIGH K. LANDIS (BAR NO. 281601)
   ALandis@mofo.com
3  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
4  Los Angeles, CA 90017-3543
   Telephone:  213.892.5200
5  Facsimile:   213.892.5454

6  MARK C. ZEBROWSKI (BAR NO. 110175)
   MZebrowski@mofo.com
7  KIMBERLY R. GOSLING (BAR NO. 247803)
   KGosling@mofo.com
8  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
9  San Diego, CA 92130
   Telephone:  858.720.5100
10 Facsimile:   858.720.5125

11 Attorneys for Defendant
   TRANSAMERICA LIFE INSURANCE COMPANY
12

13                 UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16 DCD PARTNERS, LLC, a California limited liability company; PERSONAL | Case No. 2:15-cv-03238-CAS-AJWx |
| 17 INVOLVEMENT CENTER, LLC, a Nevada limited liability company; and | **DEFENDANT'S NOTICE OF MOTION AND MOTION *IN* ** |
| 18 REVEREND DR. J. BENJAMIN HARDWICK, as trustee of the | ***LIMINE* NO. 6 TO EXCLUDE EVIDENCE OR ARGUMENT** |
| 19 PERSONAL INVOLVEMENT CENTER TRUST NO. 1, | **RELATING TO OTHER LIFE INSURANCE POLICIES** |
| 20 | |
| 21           Plaintiffs, | Hon. Christina A. Snyder |
| 22     v. | Hearing Date:    August 14, 2017<br>Hearing Time:    11:00 a.m. |
| 23 TRANSAMERICA LIFE INSURANCE COMPANY, a corporation, | Trial:           August 29, 2017 |
| 24 TRANSAMERICA LIFE INSURANCE COMPANY, successor in interest to | Complaint Filed:   March 18, 2015 |
| 25 TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY; and | |
| 26 DOES 1-10, | |
| 27           Defendants. | |

28

DEFENDANT'S MOTION *IN LIMINE* NO. 6

sd-702785

1   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2       **PLEASE TAKE NOTICE** that on August 14, 2017, at 11:00 a.m., or as

3   soon thereafter as this matter may be heard before the Honorable Christina A.

4   Snyder in Courtroom 8D, of the above-entitled Court, located at 350 West First

5   Street, Los Angeles, California 90012, Defendant Transamerica Life Insurance

6   Company moves this court for an order *in limine* to exclude evidence or argument

7   relating to other life insurance policies.

8       This motion is made pursuant to Federal Rule of Evidence 403, and is based

9   on this Notice of Motion and Motion, the accompanying Memorandum of Points

10  and Authorities, the pleadings and records on file in this action, and upon such

11  other evidence as may be presented in advance of or at the hearing on this matter.

12

13  Dated:  July 17, 2017                    MORRISON & FOERSTER LLP

14

15                                          By:   /s/ Mark C. Zebrowski
                                                  Mark C. Zebrowski
16

17                                          Attorneys for Defendant
                                            TRANSAMERICA LIFE
18                                          INSURANCE COMPANY

19

20

21

22

23

24

25

26

27

28

sd-702785