# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV15-3238 CAS (GJSx) | Date | September 24, 2018 |
|---|---|---|---|
| Title | DCD PARTNERS, LLC, et al. v. TRANSAMERICA LIFE INSURANCE COMPANY, et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes Kerr | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Maxwell Herman | Hutson Smelley |
| Michael Collins | Mark Zebrowsky |

**Proceedings:** MOTION for Permanent Injunction filed by Plaintiff DCD Partners, LLC [502]

Hearing held and the parties are present. Tentative order provided. The Court confers with the parties and the parties argue. The Court grants the above motion. Order to issue. The parties are to submit a proposed final judgment.

|  | 00 | : | 25 |
|---|---|---|---|
| Initials of Preparer | | | SMO |